UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUES BUTLER,<br><br>        Plaintiff,<br><br>    v.<br><br>R. DAY, et al.,<br><br>        Defendants. | Case No.: 1:20-cv-01650-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 8) |

      Plaintiff Marques Butler is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      On February 3, 2021, the Court screened Plaintiff's complaint, found that no cognizable claims were stated, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 8.) Plaintiff has failed to comply with the Court's order and the time to do so has expired. Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within fourteen (14) days from the date of service of this order why the action should not be dismissed for failure to comply with a court order, failure to state a cognizable claim for relief, and failure to prosecute. The failure to comply with this order will result in a recommendation that the action be dismissed.

IT IS SO ORDERED.

Dated: __March 15, 2021__

                                                UNITED STATES MAGISTRATE JUDGE