UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUES BUTLER,<br><br>          Plaintiff,<br><br>    v.<br><br>R. DAY, et al.,<br><br>          Defendants. | Case No.: 1:20-cv-01650-SAB (PC)<br><br>ORDER VACATING MARCH 15, 2021 ORDER TO SHOW CAUSE, AND GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>(ECF Nos. 9, 10) |

      Plaintiff Marques Butler is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      On February 3, 2021, the Court screened Plaintiff s complaint, found that no cognizable claims were stated, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 8.) After Plaintiff failed to file an amended complaint or otherwise respond to the Court's order, an order to show cause was issued on March 15, 2021, as to why the action should not be dismissed. (ECF No. 9.)

      Currently before the Court is Plaintiff's motion for an extension of time to file an amended complaint, filed March 16, 2021.

///

///

1  Good cause having been presented, it is HEREBY ORDERED that:

2      1.    The Court's March 15, 2021 order to show cause is vacated; and

3      2.    Plaintiff is granted thirty (30) days from the date of service of this order to file an
4          amended complaint.

6  IT IS SO ORDERED.

7  Dated:  **March 17, 2021**

                        UNITED STATES MAGISTRATE JUDGE