**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARQUES BUTLER, | ) | Case No.: 1:20-cv-01650-SAB (PC) |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED |
| R. DAY, et al., | ) ) | (ECF No. 8) |
| Defendants. | ) ) | |
| _____ | ) | |

Plaintiff Marques Butler is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 3, 2021, the Court screened Plaintiff s complaint, found that no cognizable claims were stated, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 8.) After Plaintiff failed to file an amended complaint within thirty days, on March 15, 2021, the Court issued an order to show cause why the action should not be dismissed. (ECF No. 9.)

On March 16, 2021, Plaintiff filed a motion for an extension of time to file an amended complaint. (ECF No. 10.) On March 17, 2021, the Court vacated the order to show cause and granted Plaintiff thirty days to file an amended complaint. (ECF No. 11.)

On April 19, 2021, Plaintiff filed a motion for an extension of time to file an amended complaint. (ECF No. 12.) On April 21, 2021, the Court granted Plaintiff thirty additional days to file an amended complaint. (ECF No. 13.) Plaintiff has failed to file an amended complaint and the time to do so has now passed. Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within fourteen (14) days from the date of service of this order why the action should not be dismissed

for failure to comply with a court order, failure to state a cognizable claim for relief, and failure to prosecute.

IT IS SO ORDERED.

Dated: __**June 1, 2021**__

_____
UNITED STATES MAGISTRATE JUDGE