UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUES BUTLER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>R. DAY, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:20-cv-01650-SAB (PC)<br><br>ORDER VACATING JUNE 1, 2021 ORDER TO SHOW CAUSE<br><br>(ECF No. 14) |

Plaintiff Marques Butler is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 3, 2021, the Court screened Plaintiff's complaint, found that no cognizable claims were stated, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 8.) After Plaintiff failed to file an amended complaint within thirty days, on March 15, 2021, the Court issued an order to show cause why the action should not be dismissed. (ECF No. 9.)

On March 16, 2021, Plaintiff filed a motion for an extension of time to file an amended complaint. (ECF No. 10.) On March 17, 2021, the Court vacated the order to show cause and granted Plaintiff thirty days to file an amended complaint. (ECF No. 11.)

On April 19, 2021, Plaintiff filed a motion for an extension of time to file an amended complaint. (ECF No. 12.) On April 21, 2021, the Court granted Plaintiff thirty additional days to file

1

an amended complaint.  (ECF No. 13.)  Plaintiff failed to file an amended complaint.  Therefore, on June 1, 2021, the Court issued another order to show cause why the action should not be dismissed. (ECF No. 14.)

On June 9, 2021, Plaintiff filed an amended complaint.  (ECF No. 15.)  Inasmuch as Plaintiff has now filed an amended complaint, the Court will vacate the order to show cause.  However, Plaintiff is advised that he must comply with all deadlines imposed in this case and must respond to all orders in the future or the action may be dismissed.

Good cause having been presented, it is HEREBY ORDERED that:

1. The Court's June 1, 2021 order to show cause is vacated; and
2. The Court will screen Plaintiff's amended complaint in due course.

IT IS SO ORDERED.

Dated:  **June 10, 2021**

_____
UNITED STATES MAGISTRATE JUDGE