UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUES BUTLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. DAY, et al.,<br><br>　　　　　Defendants. | No.: 1:20-cv-01650-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DISMISSING DEFENDANT ALCALA<br><br>(Doc. No. 33) |

Plaintiff Marques Butler is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 29, 2021, the assigned magistrate judge issued findings and recommendations recommending that defendant Alcala be dismissed from the action pursuant to Federal Rule of Civil Procedure 4(m). (Doc. No. 33.) The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within fourteen days. (*Id*. at 3.) No objections were filed and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly,

1. The findings and recommendations issued on November 29, 2021, (Doc. No. 33), are adopted; and
2. Defendant Alcala is dismissed from the action, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

Dated: **January 5, 2022**

UNITED STATES DISTRICT JUDGE