UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUES BUTLER,<br><br>            Plaintiff,<br><br>    v.<br><br>R. DAY, et al.,<br><br>            Defendants. | Case No.: 1:20-cv-1650 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND GRANTING MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO EXHAUST<br><br>(Docs. 29, 36) |

Defendants filed a motion for summary judgment on the grounds that Plaintiff failed to exhaust his administrative remedies as required by the Prison Litigation Reform Act. (Doc. 29.) Plaintiff did not respond to the motion. The assigned magistrate judge issued findings and recommendations, recommending that Defendants' motion for summary judgment be granted. (Doc. 36.) The magistrate judge found the CDCR had an administrative grievance process available to Plaintiff, but Plaintiff failed to exhaust his claims through the administrative process prior to filing suit. (*Id.* at 8-9.) Therefore, the magistrate judge recommended the motion for summary judgment be granted, and the action be dismissed without prejudice. (*Id.* at 9.)

The Findings and Recommendations were served on Plaintiff and provided him 21 days to file objections. (Doc. 36 at 9.) In addition, Plaintiff was "advised that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772

1

F.3d 834, 838-39 (9th Cir. 2014); citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) Plaintiff has not filed any objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having carefully reviewed the entire action, the Court finds the Findings and Recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on February 28, 2022 (Doc. 36) are **ADOPTED** in full.
2. Defendants' motion for summary judgment (Doc. 29) is **GRANTED**.
3. This case is **DISMISSED** without prejudice; and
4. The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **March 31, 2022**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE